

# Fourth Court of Appeals
## San Antonio, Texas

June 23, 2015

No. 04-14-00885-CR

Victor Perez **PRADO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 5355
Honorable N. Keith Williams, Judge Presiding

## O R D E R

On June 9, 2015, appellant's attorney filed a motion to dismiss this appeal; however, the motion is not signed by appellant. *See* TEX. R. APP. P. 44.2(a). On June 15, 2015, a deputy clerk of this court informed appellant's attorney that the motion was defective; however, no corrected motion has been filed. It is therefore ORDERED that the motion is DENIED WITHOUT PREJUDICE to refiling a motion signed by both appellant and appellant's attorney. *See id.*

Appellant's brief was originally due to be filed in this appeal on April 10, 2015. On May 13, 2015, this court issued an order granting appellant a second extension of time to file the brief, which extended the deadline to file the brief to June 10, 2015. The order stated, "**No further extensions will be granted**." It is therefore ORDERED that appellant's attorney file a motion to dismiss in compliance with Rule 44.2(a) or appellant's brief no later than July 2, 2015. If the corrected motion or appellant's brief is not filed by that date, this appeal will be abated to the trial court for an abandonment hearing, and the trial court will be asked to consider whether sanctions are appropriate. TEX. R. APP. P. 38.8(b)(2).

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of June, 2015.



Keith E. Hottle
Clerk of Court